UNITED STATES OF AMERICA      )
      )
      v.      )
      )      1:23-cr-10259-PBS
FRANCISCO SEVERO TORRES,      )
      )
      Defendant      )

## ORDER REGARDING EVALUATION

December 13, 2023

On July 12, 2023, this court entered an Order on Defendant's Competency to Stand Trial, ordering that defendant be hospitalized pursuant to 18 U.S.C. § 4241(d)(1). On November 21, 2023, the director of FMC Devens sent this court a certificate pursuant to 18 U.S.C. § 4241(e) alleging that defendant is now competent to stand trial. However, the court must hold a hearing before determining whether defendant's competency has indeed been restored. *See* 18 U.S.C. § 4241(e). The court held a status hearing in this matter on December 13, 2023. At the hearing, counsel for defendant requested that the court suspend the restoration hearing for a period sufficient to allow defendant to hire an independent expert. The government did not object to the request.

Based on the information provided at the status conference, the court finds that good cause exists to continue the hearing required under section 4241(e). The court finds that this continuance is reasonably necessary to determine whether there is a substantial probability in the foreseeable future that defendant will attain the capacity to permit these proceedings to go forward. *See* 18 U.S.C. §§ 4241(d)(1)-(2). The court hereby continues the restoration hearing required under 18

U.S.C. § 4241(e) pending further order of the court.

IT IS SO ORDERED

/s/ Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge