UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )     1:23-cr-10259 |
| FRANCISCO SEVERO TORRES, | ) |
| | ) |
| Defendant | ) |

**<u>STATUS REPORT</u>**

Now comes defendant and files this Status Report in advance of the Status Conference scheduled for March 11, 2025.

The parties continue to work towards both a resolution of the case and towards a treatment plan that can support Mr. Torres' competency to stand trial in the future. To that end the defense has retained an independent social worker to find treatment providers in the community and to submit an application on Mr. Torres' behalf to receive services through the Massachusetts Department of Mental Health. Mr. Torres intends to sign releases allowing the defense social worker to coordinate treatment with both the Bureau of Prisons social worker at FMC-Devens and with the probation department. In addition, the parties are working towards a resolution of the case that would entail release of Mr. Torres to supervision in the community provided there is appropriate treatment in place beforehand.

At this time Mr. Torres remains at FMC-Devens pending a Competency Hearing. The parties are thus mindful of proceeding in the case in a way that addresses any future competency concerns.

Respectfully submitted,
FRANCISCO SEVERO TORRES
by his attorney
*/s/ Joshua R. Hanye*
Joshua R. Hanye
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061

**Certificate of Service**

I, Joshua R. Hanye, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date: March 7, 2025                    */s/ Joshua R. Hanye*
                                        Joshua R. Hanye