UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:23-cr-10259-PBS |
| | ) | |
| | ) | |
| FRANCISCO SEVERO TORRES | ) | |

**MOTION TO FILE SENTENCING EXHIBITS UNDER SEAL**

Now comes the defendant Francisco Torres and moves this Honorable Court to file three sentencing exhibits under seal. The three exhibits consist of two excerpts of psychiatric records and a Competency Restoration Report, all created by staff at FMC-Devens. Because the records and report contain private psychiatric information, Mr. Torres submits that they should be submitted under seal. However, Mr. Torres has filed a Sentencing Memorandum on the public docket which references the records and includes appropriate quotations. Thus, the public's interest in information is served by the public memorandum and sealing of the additional information is justified to protect Mr. Torres' privacy. See *United States v. Kravetz,* 706 F.3d 47 (1st Cir. 2013). Pursuant to Local Rule 7.2(b), Defendant also moves that this order remain in effect until further order of this court.

Respectfully submitted,
FRANCISCO SEVERO TORRES
by his attorney

*/s/ Joshua Hanye*
Joshua Hanye, BBO#661686
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061
Joshua_Hanye@fd.org

## Certificate of Service

I, Joshua Hanye, hereby certify that this document was this day provided to AUSA Elianna Nuzum and Probation Officer Sean McAnally by e-mail.


Date: <u>July 13, 2025</u>                                                    */s/ Joshua Hanye*
                                                                                 Joshua Hanye